IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEBORAH A. CARR, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO.: 5:06-CV-384 (CAR) |
| DAVITA RX, LLC, f/k/a DAVITA, INC., | : |
| Defendant. | : |

## CONSENT ORDER

**IT APPEARING TO THE COURT** that the parties agree that the name of the proper Defendant in this matter is RENAL TREATMENT CENTERS – MID-ATLANTIC, INC.; thus,

**IT IS HEREBY CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff's Complaint is hereby amended and the name of the Defendant "DAVITA RX, LLC, f/k/a DAVITA, INC." is deleted and "RENAL TREATMENT CENTERS – MID-ATLANTIC, INC." is inserted in lieu thereof.

**SO ORDERED** this 13th day of April, 2007.

s/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge

Order Prepared By:

s/BRADLEY G. PYLES
BRADLEY G. PYLES
Georgia Bar No.: 590545

Order Consented to By:

s/JOSEPH P. SHELTON
JOSEPH P. SHELTON
Georgia Bar No.: 640630

| | |
|---|---|
| Westmoreland, Patterson, Moseley  & Hinson, LLP<br>Counsel for Plaintiff<br>201 Second Street, Suite 1150<br>Post Office Box 1797<br>Macon, Georgia  31202-1797<br>(478)  745-1651 | Fisher & Phillips, LLP<br>Counsel for Defendant<br>1500 Resurgens Plaza<br>945 East Paces Ferry Road<br>Atlanta, Georgia  30326<br>(404) 231-1400 |

34856